Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Lorena Rodriguez Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LORENA RODRIGUEZ GONZALEZ,

Plaintiff,

vs.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No.: 2:26-cv-02003-NJK

STIPULATION FOR DISMISSAL; AND ~~[PROPOSED]~~ ORDER

TO THE HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Lorena Rodriguez Gonzalez ("Plaintiff") and FRANK BISIGNANO as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: September 29, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Young Cho*[1]

BY: ______________________
Young Cho
Attorney for plaintiff Lorena Rodriguez Gonzalez

DATE: September 29, 2026

SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

______________________
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Attorneys for Defendant FRANK BISIGNANO,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED:

The Clerk's Office is INSTRUCTED to close this case.

HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2026

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.